UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.:  2:21-cv-03310-MWF-MAA                               Date:  July 28, 2021

Title:    Floyd Eugene Bender, Jr., v. CA, Institution for Men et al.


Present:    The Honorable MARIA A. AUDERO, United States Magistrate Judge


| Holidae Crawford | N/A |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
|:---:|:---:|
| N/A | N/A |


**Proceedings (In Chambers):**        **Order to Show Cause Why the Petition Should Not Be Dismissed for Failure to Prosecute**


On April 6, 2021, the Court received and filed Petitioner Floyd Eugene Bender, Jr.'s *pro se* filing entitled "Notice: Motion to Grant Judgment for Failure to Respond to Emergency Complaint (Acquiescence)," which the Court construes as a Petition for a Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("Petition").  (Pet., ECF No. 1.)  Petitioner alleges that on March 22, 2021, he filed an institutional complaint, or "emergency grievance," seeking his release from confinement at the California Institution for Men because he was "incarcerat[ed] for extra days and hours without any consent nor probable cause."  (*Id.* at 1–2, 5.[1])  Petitioner appears to seek damages based on his continued confinement and the institution's failure to respond to this grievance.  (*Id.* at 2–3.)

On April 20, 2021, in response to the filing of the Petition, the Court ordered Petitioner (1) to file an amended petition incorporating a completed Form CV-69, this District's form for habeas petitions by individuals in state custody; (2) to either pay the $5 filing fee or to file a completed application for leave to proceed *in forma pauperis*; and (3) to show cause why the Petition should not be dismissed for failure to state a cognizable habeas claim ("April 20 Order").  (Apr. 20, 2021 Order, ECF No. 3.)  Although the Court's April 20 Order required Petitioner to respond by no later than May 20, 2021 (*see id.*), the April 20 Order later was returned as undeliverable (ECF No. 4).  On May 10, 2021, the Court re-sent the April 20 Order to Petitioner's corrected address and extended the deadline to respond until June 9, 2021.  (ECF No. 5.)

---

[1] Pinpoint citations in this Order refer to the page numbers appearing in the ECF-generated headers of the Petition.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  2:21-cv-03310-MWF-MAA                          Date:  July 28, 2021

Title:     Floyd Eugene Bender, Jr., v. CA, Institution for Men et al.

To date, Petitioner has not responded to the April 20 Order as required.  Accordingly, Petitioner is hereby **ORDERED TO SHOW CAUSE** by no later than **August 27, 2021** why the Court should not recommend that the case be dismissed for lack of prosecution and failure to comply with court orders.  *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1, 41-6.

**Failure to comply with this order by August 27, 2021 will result in a recommendation that this action be dismissed for failure to prosecute and for failure to comply with court orders pursuant to Federal Rule of Civil Procedure 41(b).**

It is so ordered.