JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOYD EUGENE BENDER, JR., <br><br> Petitioner, <br><br> v. <br><br> CA INSTITUTION FOR MEN, et al., <br><br> Respondent. | Case No. 2:21-cv-03310-MWF-MAA <br><br> **JUDGMENT** |

    Pursuant to the Order Dismissing Petition and Dismissing Action Without Prejudice filed herewith,

    IT IS ORDERED AND ADJUDGED that the Petition is DISMISSED and the action is DISMISSED without prejudice.

DATED: November 29, 2021

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE